UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) <br> ) <br> ) <br> JOCELYN M. TANTOCO, ) <br> ) <br> Debtor. ) <br> ) | Chapter 7 <br><br> Case No. 1813343-FJB |

## NOTICE OF RESCHEDULED SECTION 341 MEETING

Please be advised: The Section 341 Meeting in the above-referenced case is hereby continued to Tuesday, November 13, 2018, at 9:00 a.m., in Room 325-B, U.S. Trustee Office, J.W. McCormack Post Office & Court House, 5 Post Office Square, Boston, MA 02109.

/s/ Anne J. White
Anne J. White, (BBO# 524960)
Demeo LLP
200 State Street
Boston, MA 02109
(617) 263-2600

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>JOCELYN M. TANTOCO,<br><br>        Debtor. | Chapter 7<br><br>Case No. 1813343-FJB |

## CERTIFICATE OF SERVICE

I, Anne J. White, do hereby certify that I have this 4th day of October 2018, served the *Notice of Rescheduled Section 341 Meeting* to all appearing on the attached Service List via first-class mail, postage-prepaid, unless electronically served by the Court as indicated thereon.

/s/ Anne J. White
Anne J. White, (BBO# 524960)
Demeo LLP
200 State Street
Boston, MA 02109
(617) 263-2600

## SERVICE LIST

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109
*(Electronically served by the Court)*

Avant LLC
222 N. Lassale Suite 120
Chicago, IL 60601

Bank of America
P.O. Box 982238
El Paso, TX 79998

Best Buy Credit Card
P.O. Box 790441
Saint Louis, MO 63179

CBNA
50 Northwest Point Road
Elk Grove Village, IL 60007

Chase Card
P.O. Box 15298
Wilmington, DE 19850

Digital Federal Credit Union
220 Donald Lynch Blvd
P.O. Box 9130
Marlborough, MA 01752

Maria Joycelin Bohun
c/o Carlo Cellai, Esq.
Cellai Law Offices, P.C.
150 Grossman Drive, Suite 201
Braintree, MA 02184

Paypal, Inc
2211 North First Street
San Jose, CA 95131

MCYDSNB
P.O. Box 8218
Mason, OH 45040

Harold B. Murphy
Murphy & King, P.C.
One Beacon Street
Boston, MA 02108-3107
617-423-0400
*(Electronically served by the Court)*

Avant, LLC
222 N. LaSalle St.
Suite 1700
Chicago, IL 60601

Barclays Bank Delaware
P.O. Box 8803
Wilmington, DE 19899

CAPITALONE
15000 Capital One Drive
Richmond, VA 23238

Cellai Law Offices, P.C.
268 Summer Street, Suite LL
Boston, MA 02210

CITI
P.O. Box 6241
Sioux Falls, SD 57117

Discover Fin Svcs LLC
P.O. Box 15316
Wilmington, DE 19850

SYNCB/AMAZON
Synchrony Bank
P.O. Box 965015
Orlando, FL 32896

Robert Tantoco
2 Hagar Street
Jamaica Plain, MA 02130

Jocelyn M. Tantoco
52 Mignon Road
West Newton, MA 02465